UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| CHRISTINE MYER, | ) |
| *Plaintiff*, | ) |
| vs. | ) Cause No. 4:14-cv-00023-TLS-PRC |
| NATIONSTAR MORTGAGE LLC, | ) |
| *Defendant*. | ) |

## STIPULATION OF DISMISSAL

Come Plaintiff, Christine Myer, and Defendant, Nationstar Mortgage, LLC, by their respective counsel, and show the Court that the above-entitled cause of action has been fully compromised and settled and the parties hereto stipulate the dismissal hereof, with prejudice against the refiling thereof, costs paid.

Respectfully submitted,

/s/ Ryan C. Munden
RYAN C. MUNDEN, Attorney No. 29401-49
**REILING TEDER & SCHRIER, LLC**
Renaissance Place – Sixth Floor
250 Main Street, Suite 601
P.O. Box 280
Lafayette, IN  47902-0280
(765) 423-5333
(765) 423-4564 fax
rcm@rtslawfirm.com

**ATTORNEY FOR PLAINTIFF**

/s/ Brian S. Jones
BRIAN S. JONES, Attorney No. 29578-49
DAVID J. JURKIEWICZ, Attorney No. 18018-53
NATHAN T. DANIELSON, Attorney No. 25542-05
**BOSE MCKINNEY & EVANS LLP**
111 Monument Circle, Suite 2700
Indianapolis, IN  46204
(317) 684-5000
(317) 684-5173 fax
b.jones@boselaw.com
djurkiewicz@boselaw.com
ndanielson@boselaw.com

**ATTORNEYS FOR NATIONSTAR MORTGAGE LLC**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing has been served upon the following counsel of record by *email* and *United States, first class mail*, on October 30, 2015:

Melissa Ann Wilkes
mwilkes@wilkes-law.com
WILKES LAW FIRM
200 Ferry Street, Suite D
Lafayette, IN  47901

Ryan C. Munden
rcm@rtslawfirm.com
REILING TEDER & SCHRIER, LLC
Renaissance Place – Sixth Floor
250 Main Street, Suite 601
P.O. Box 280
Lafayette, IN  47902-0280

James R. Schrier
jrs@rtslawfirm.com
REILING TEDER & SCHRIER, LLC
Renaissance Place – Sixth Floor
250 Main Street, Suite 601
P.O. Box 280
Lafayette, IN  47902-0280


/s/ Brian S. Jones
BRIAN S. JONES